

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

Hon. George W. Cox
State Health Officer
Austin, Texas

Dear Sir:

Opinion No. O-376
Re: Authority of State Health Officer
to create within the State Depart-
ment of Health a division of Merit
System and appoint the director of
such division.

By your letter of March 11, 1940, you advise this
Department that in order to comply with the Federal laws govern-
ing funds accruing from the Social Security Act, it is necessary
that the State Department of Health create a division of Merit
System. You ask the opinion of this Department upon the question
as to whether Article 4418d, Vernon's Annotated Civil Statutes,
confers authority upon the State Health Officer to create such
a division within the State Department of Health, appoint the
director of the division thus created, and as to whether such
appointee will have to be confirmed by the State Board of Health.

Article 4418d reads as follows:

"The State Health Officer shall be the executive
head of the State Department of Health, and he shall,
subject to the provisions of this Act, exercise all the
powers and discharge all the duties now vested by law
in the Texas State Department of Health and the State
Health Officer, as well as all powers now vested by
law in any officer, assistant, director or bureau head
of the State Department of Health, excepting only such
powers as may be conferred by this Act upon the State
Board of Health hereby created. The State Health Officer,
with the approval of the State Board of Health, may
organize and maintain within his Department such divi-
sions of service as are deemed necessary for the
efficient conduct of the work of the Department. From
time to time, he shall appoint directors of such divi-
sions, as well as other employees of the Department,

COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED

and shall designate the duties and supervise the work of all such directors and employees. He shall have the power, with the approval of the State Board of Health, to prescribe and promulgate such administrative rules and regulations, not inconsistent with any law of the State, as may be deemed necessary for the effective performance of the duties imposed by this or any other law upon the State Department of Health and its several officers and divisions." (Acts 1929, 40th Leg., 1st C. S., p. 131, ch. 42, sec. 8.)

By virtue of the provisions of this statute, the State Health Officer may organize and maintain within the Department a division of Merit System, if same is deemed necessary for the efficient conduct of the work of the department, but only if the organization and maintenance of such division of service meets with the approval of the State Board of Health. However, if the organization and maintenance of such division of service meets with the approval of the State Board of Health, and is, therefore, established within the department, the statute provides for the appointment of the director of such division by the State Health Officer, and imposes no requirement that the appointment of such director shall be subject to the approval or confirmation of the State Board of Health.

That it was not intended by the Legislature that the appointment of the ordinary directors of such divisions, as well as the appointment of other employees of the department, by the State Health Officer, should be approved or confirmed by the State Board of Health, is made apparent by virtue of the provisions of the section of the law immediately following Article 4418d, to wit, Article 4418e, which contemplates specifically that the designation of one of the directors of the Department of Health divisions as acting State Health Officer by the State Health Officer shall be with the approval of the State Board of Health. This section reads as follows:

"The State Health Officer, with the approval of the State Board of Health, shall from time to time designate one of the directors of the Department Divisions, who is a legally qualified physician, as acting State Health Officer, and the persons so designated shall have the full authority and perform the duties of the State Health Officer in the event of his absence from the Capitol or inability to act."

No. 804 is Sec. 2(a), Page 3

The foregoing represents the combined opinion of this department.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

R. W. Fairchild
Assistant

APPROVED MAR 28, 1940

*Gerald Mann*

...AL OF TEXAS

APPROVED OPINION COMMITTEE